# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WILLIAM MORGAN**                                                                                          **PLAINTIFF**

V.                            **CASE NO.: 3:14CV00083 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                       **DEFENDANT**

## JUDGMENT

Plaintiff William Morgan's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 5th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE